■ ANNA M. NICIT, Respondent, v JOHN J. NICIT, Appellant. (Appeal No. 2.)—Resettled order and judgment unanimously affirmed without costs. Same Memorandum as in Nicit v Nicit ([appeal No. 1] 181 AD2d 1046 [decided herewith]). (Appeal from Resettled Order and Judgment of Supreme Court, Seneca County, Falvey, J.—Summary Judgment.) Present—Denman, P. J., Green, Pine, Lawton and Doerr, JJ.